**Order entered February 3, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01412-CV

## IN THE INTEREST OF JA.D.Y. AND JU.D.Y., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-09887**

## ORDER

The reporter's record is overdue. Appellant has provided written documentation that he and the court reporter have agreed that appellant will pay the reporter's fee by February 20, 2017. Accordingly, we **ORDER** Joie Rivera, Official Court Reporter for the 255th Judicial District Court, to file, by **March 6, 2017**, either the reporter's record or written verification that appellant has not paid the fee for the reporter's record. We caution appellant that if the Court receives written verification of no payment, the Court will order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/    CRAIG STODDART
        JUSTICE